**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN THE MATTER OF: S.P.M., A MINOR    :   No. 521 MAL 2019
                                         :
                                         :
PETITION OF: G.M., III                  :   Petition for Allowance of Appeal from
                                         :   the Order of the Superior Court

## ORDER

**PER CURIAM**

      **AND NOW**, this 15th day of November, 2019, the Petition for Allowance of Appeal is **DENIED**.